UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FRED IMUENTINYAN, JR.,**

  Plaintiff,

v.                          No. 4:23-cv-0260-P

**MERRICK GARLAND,**

  Defendant.

## FINAL JUDGMENT

This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Parties' Joint Stipulation of Dismissal (ECF No. 12), it is **ORDERED** that this case is **DISMISSED with prejudice**. Each party shall bear its respective costs and attorney's fees. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **12th day of January 2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE